UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

**CARDIOVENTION, INC.,**

      Plaintiff,

v.                                **ORDER**
                                  Civil No. 04-2669 (MJD/JGL)

**MEDTRONIC, INC.,**

      Defendant.
_____

Courtland C. Merrill, Anthony, Ostlund, & Baer, P.A., Counsel for Plaintiff.

Emily M. Rome, Maslon, Edelman, Borman, & Brand, L.L.P., Counsel for Defendant.

_____

      The above-entitled matter comes before the Court upon Defendant's Objection to the Order of Chief United States Magistrate Judge Jonathan Lebedoff dated August 22, 2005.  This Court will reverse a magistrate judge's order on a nondispositive issue only if it is clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. L.R. 72.1(b)(2).

      The Court has reviewed the applicable law and Defendant's objections and finds that the Chief Magistrate Judge correctly applied the law and that the Order is not clearly erroneous.  Based on this Court's review of the record, the Court **AFFIRMS** the Chief Magistrate Judge's Order dated August 22, 2005.

**IT IS HEREBY ORDERED** that

Chief Magistrate Judge Jonathan Lebedoff's Order dated August 22, 2005, [Docket No. 146] is **AFFIRMED**.


Dated: September 27, 2005                    s/ Michael J. Davis
                                                                              Judge Michael J. Davis
                                                                              United States District Court